

**FILED**

10/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0157

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0157

IN RE THE MARRIAGE OF:

CHRISTINE L. MULGREW,

Petitioner and Appellee,

and

THOMAS D. MULGREW,

Respondent and Appellant.

**FILED**

OCT 27 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Respondent and Appellant Thomas D. Mulgrew (Thomas) appeals the First Judicial District Court's November 25, 2019 Order on Motions holding him in contempt and imposing sanctions. In the same Order, the court awarded Petitioner and Appellee Christine L. Mulgrew (Christine) her attorney fees. The order Thomas has appealed set time deadlines for counsel to submit an affidavit on fees and for Thomas to object. Christine's counsel filed an affidavit of fees and costs, and Thomas filed objection. He also filed a motion to amend the judgment, asserting a clerical error. Christine objected to the motion to amend, and it was deemed denied by operation of law. The District Court did not rule on the attorney's fee request or set a hearing before Thomas filed his notice of appeal on March 16, 2020.

An appeal may be taken from a final judgment, including any necessary determination of the amount of costs and attorney fees awarded. M. R. App. P. 4(1)(a). In this case, the District Court has not yet entered an order on the issue of attorney fees. As a result, we conclude that this appeal is premature and must be dismissed pending the court's final order. *See Harding v. Garcia*, 2007 MT 120, ¶ 16, 337 Mont. 274, 159 P.3d 1083; *Marez v. Marshall*, 2014 MT 333, ¶ 40, 377 Mont. 304, 340 P.3d 520; *Bitterroot River Protective Ass'n v. Bitterroot Conservation Dist.*, 2011 MT 51, ¶ 17, 359 Mont.

393, 251 P.3d 131.

IT IS THEREFORE ORDERED that this appeal is DISMISSED without prejudice.

The Clerk is directed to provide copies of this order to all counsel of record and to the District Court of the First Judicial District, the Hon. Mike Menahan, presiding.

DATED this ___ day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2